EMAR AMUSEMENT COMPANY, Respondent, v. CORNER AMUSEMENT

COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.